**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 3, 2023

**BY EMAIL & ECF**

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Alvin Velez**
   **23 Mag. 818 (UA)**

Dear Judge Willis:

   I write, as counsel for Alvin Velez in the above-captioned matter, to respectfully withdraw Mr. Velez's bail application.

   On February 1, 2023, Mr. Velez was presented in Magistrate Court. Following a contested bail hearing, the Court set the following bail conditions:

> $75,000 personal recognizance bond to be co-signed by three financially responsible persons, including Mr. Velez's brother; compliance with pretrial services supervision as directed; drug testing and treatment as directed by pretrial services; home detention at Mr. Velez's brother's home without permission to leave for work; GPS monitoring; surrender all travel documents with no new applications for travel; travel restricted to the SDNY and EDNY; no possession of any firearm or dangerous instruments; no contact with co-defendant outside the presence of counsel.

   Mr. Velez was ordered detained until after his brother signed the bond for his release. Mr. Velez remains detained. Following conversations with counsel, Mr. Velez now respectfully moves to withdraw his bail application and consent to detention without prejudice to any future bail application.

Hon. Jennifer E. Willis

Thank you for your attention to this matter.

                              Respectfully submitted,

                              /s/

                              Marne L. Lenox, Esq.

                              *Counsel for Alvin Velez*

cc:    Counsel of record

                            **SO ORDERED:**

_____
**THE HONORABLE JENNIFER E. WILLIS**
United States Magistrate Judge

February 3, 2023